UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. CAMP, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-1477 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants opened his legal mail outside his presence and failed to refer his grievance to internal affairs for further investigation.

By order dated June 20, 2022, the court screened plaintiff's first amended complaint. (ECF No. 12.) The court found plaintiff stated a potentially cognizable retaliation claim against defendant Holmes. (Id. at 7.) The court also found that the complaint did not state any additional claims. (Id. at 5-9.) Plaintiff was given the option to proceed immediately on his retaliation claim against defendant Holmes or to amend the complaint. Plaintiff has informed the court that he wishes to file an amended complaint. (ECF No. 13.)

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the court's June 20, 2022, screening order (ECF No. 12), the Federal Rules of Civil Procedure, and the Local Rules of Practice.

2. The amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint."

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: July 25, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/muha1477.am'd